AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>HOR I. AKL, and<br>AMERA A. AKL<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)<br>)  3:10 MJ 7049<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  at least as early as 8/30/09 -present  in the county of  Lucas  in the
  Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2339B | Providing Material Support to a Designated Foreign Terrorist Organization |
| 18 U.S.C. Section 1956(h) | Money Laundering Conspiracy |
| 18 U.S.C. Section 844(h)(1) | Arson |
| HOR I. AKL: | |
| 18 U.S.C. Sections 157(1) & 152(7) | Bankruptcy Fraud |
| 18 U.S.C. Section 1621(1) | Perjury |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Jonathan P.R. Jones, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: June 3, 2010

_____
Judge's signature

City and state:  Toledo, Ohio   Vernelis K. Armstrong, U.S. Magistrate Judge
Printed name and title